IN the UNITED STATES DISTRICT COURT
10th Circut COLORADO.

CV # ???                    Motion ORDER PlaintifF
CHARles L. Kettering       SAFty & Protection
V
Larimer County Et, AL.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 09 2025
JEFFREY P. COLWELL
CLERK

Comes Now CHARles L. Kettering Prose (If this Court is Honorable) Shall Without Delay ORDER Federal Protection to Give Plaintiff his Nature born Citizen Protection. Not Feeding, No Recreation time No Legal Lybrary, Not Addresses, Envelopes Pencils Paper, No Clothing No Showers No Soap. No Medical Attention. Basicly Breaking Every Civil Right of American or is this Still America. or Has Due Contry been taken over by other Races of this Planet. this Court Will without Delay Give Plaintiff

Protection from these Terrorist in Larimer County. Plaintiff is in fear of Plaintiffs <u>Life is in</u> Jepardy. IF this Court Faille to answer my motions. I will figure American is no Longer in Controll of what used to BE THE United States of America. God Help us All. Please Save my Soul SOS, SOS, As Soon As Possible

Respectfully Submitted
& Scared of these Terrorists that Have invaded America Soils Charels L. Kettering
Charles Kettering

IN THE UNITED STATES DISTRICT
cv: Courts 10th Circuit of Colorado

Charles L Kettering
v. Larimer County Et., AL.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 09 2025
JEFFREY P. COLWELL
CLERK

## Injunction Compelling

Larimer County Jail to Give Plaintiff Access to All Legalities. Including the President of the United States

Comes Now Charles L Kettering, Pro Se Plaintiff in your Courts. Sheriffs Deputies under the Color of Law, will not observe my Constitutional Rights & Civil Rights. Deputies Laugh at Plaintiff and will not give me proper Access to your Courts, Basically Spitting in your Face. This Court will / must Compell Larimer County Sheriff FAYAN & All Deputies to Allow Plaintiff to Access All Legalities to make L.C.J.S Employees Realize that their jobs can be

taken away from them or pay Plaintiff to keep their Jobs & Retirment. These Monkey's Ass's think their Jobs are safe. Nothing Plaintiff states is taken Serious by these Pompus Fools. This Court will get their Attention without failure or I will have to go to the Supream Court. And fight yet is the President of the United States Donald Trump Comander an Chief. If you fail to Compell Larimer County Jail Shrrif FAYAN & Deputies the Seriousness of their Total Lack of Cooperation with out Delay. Give Plaintiff 100% Satisfation and Observe Plantiff. Constitutional Civil Right.

Respectfully Submitted
CHARLES L. Ketterins
Charles L Ketterins
4/5/25

US POSTAGE $000.97
First-Class - IMI
ZIP 80525
04/07/2025
036B 0011181809I

DENVER CO
8 APR 2025

Larimer County Jail
Inmate Name: Myles Heltem
Booking Number: B-582325
2405 Midpoint Dr
Fort Collins, CO 80525
**LEGAL MAIL ONLY**

Attorney General For
US District Courts 10th circuit
901-19th Street,
Denver, CO. 80294

80294-250151

24214

040425